UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **ED CV 13-1083-JFW (DTBx)**                                                                       Date:  September 4, 2013

Title:       Elliott Rodriguez -v- Wells Fargo Bank, et al.

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       Shannon Reilly                                                            None Present
       Courtroom Deputy                                                    Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                      None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [filed 8/12/13; Docket No. 18]; and**

                                                                         **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT [filed 8/12/13; Docket No. 19]**

       On August 12, 2013, Defendants Wells Fargo Bank, N.A. (erroneously sued as America's Servicing Co.) and U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB ARMT 2006-1(erroneously sued as US Bankcorp (US Bank) as Trustee) (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") and a Motion to Strike Portions of Plaintiff's Complaint ("Motion to Strike").  Plaintiff Elliott Rodriguez ("Plaintiff") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for September 16, 2013 is hereby vacated and the matters taken off calendar.  After considering the moving papers, and the arguments therein, the Court rules as follows:

       Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion."  *See* Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  *See* Local Rule 7-12.  As of September 3, 2013, Plaintiff has not filed an Opposition to Defendants' Motion to Dismiss.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendants' Motion to Dismiss.

Accordingly, Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice**. In light of the Court granting Defendants' Motion to Dismiss, Defendants' Motion to Strike is **DENIED as moot**.

IT IS SO ORDERED.