# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ELLIOTT RODRIGUEZ, PRO SE,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK; AMERICA'S SERVICING COMPANY; US BANCORP (US BANK) AS TRUSTEE,<br><br>Defendants. | Case No. 5:13-CV-01083 JFW (DTBx)<br>Hon. John F. Walter<br>Ctrm. 16 – Spring Street<br><br>**JUDGMENT**<br><br>DATE:     September 16, 2013<br>TIME:     1:30 p.m.<br>CTRM.:   16<br><br>Action Filed:  June 18, 2013 |

1  The motion of Defendants WELLS FARGO BANK, N.A. (erroneously sued
2  as America's Servicing Co.) and U.S. BANK NATIONAL ASSOCIATION, as
3  Trustee for Credit Suisse First Boston CSFB ARMT 2006-1 (erroneously sued as
4  US Bancorp (US Bank) as Trustee) (collectively "Defendants") to dismiss the
5  Complaint of Plaintiff ELLIOTT RODRIGUEZ pursuant to Federal Rule of Civil
6  Procedure 12(b)(6) for failure to state a claim upon which relief can be granted was
7  set for hearing on September 16, 2013 at 1:30 p.m. in Courtroom 16 of the above-
8  entitled Court.

9  On September 4, 2013, the Honorable John F. Walter having found the matter
10 appropriate for resolution without oral argument, and no opposition having been
11 filed by Plaintiff, vacated the September 16, 2013 and granted Defendants' motion
12 to dismiss Plaintiff's complaint without leave to amend and dismissed the action
13 with prejudice.

14 GOOD CAUSE APPEARING,

15 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
16 motion of Defendants to dismiss Plaintiff's Complaint is granted without leave to
17 amend.

18 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
19 case is dismissed in its entirety with prejudice as to Defendants WELLS FARGO
20 BANK, N.A. and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit
21 Suisse First Boston CSFB ARMT 2006-1.

24 DATED: September 11, 2013

JOHN F. WALTER
UNITED STATES DISTRICT COURT
JUDGE